# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Julio Cesar Lopez Ayala,<br>a.k.a.: Julio Cesar Lopez-Ayala,<br>(A200 902 248)<br>*Defendant* | )<br>)<br>) Case No. 17-492 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 13, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Julio Cesar Lopez Ayala, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 30, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo for AUSA Jennifer Levinson

☒ Continued on the attached sheet.

_____
Complainant's signature

Richard G. Prunty,
Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: October 26, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
_____
Printed name and title

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 13, 2017, Julio Cesar Lopez Ayala was booked into the Maricopa County Jail (MCJ) intake facility by the Chandler Police Department on local charges. While incarcerated at the MCJ, Lopez Ayala was examined by ICE Officer B. Placencia who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 25, 2017, Lopez Ayala was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Lopez Ayala was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Julio Cesar Lopez Ayala to be a citizen of Mexico and a previously deported criminal alien. Lopez Ayala was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 30, 2013,

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Lopez Ayala in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez Ayala's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Julio Cesar Lopez Ayala was convicted of Solicitation to Commit Possession of Narcotic Drugs, a felony offense, on or about September 23, 2010, in the Superior Court of Arizona, Maricopa County. Lopez Ayala was sentenced to eighteen (18) months' probation. Lopez Ayala's criminal history was matched to him by electronic fingerprint comparison.

5. On October 25, 2017, Julio Cesar Lopez Ayala was advised of his constitutional rights. Lopez Ayala freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 13, 2017, Julio Cesar Lopez Ayala, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 30, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 26th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

3